=====================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>     NORTHERN     </u> DISTRICT OF <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:06-CV-1420 (LEK/DRH)**

---

**LINDA M. PRICE,** *et al*,

                **Plaintiffs,**

  -against-

**SAUGERTIES CENTRAL SCHOOL DISTRICT,**

                **Defendant.**

---

<u>          </u>    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>    XX    </u>    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendant as against the plaintiffs, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated September 12, 2007.

**DATE:** <u>  September 12, 2007  </u>

                                  ***LAWRENCE K. BAERMAN***
                                  CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**